■ GREENPOINT SAVINGS BANK, Respondent, v VIRGINIA GUILIANO, Also Known as VIRGINIA CATALANO, Appellant, et al., Defendants. [672 NYS2d 746] —In an action to foreclose a mortgage, the defendant Virginia Guiliano also known as Vir-

ginia Catalano appeals from a judgment of foreclosure and sale of the Supreme Court, Suffolk County (D'Emilio, J.), dated December 12, 1996, which, *inter alia,* is in favor of the plaintiff and against her.

Ordered that the appeal is dismissed, with costs.

In *Greenpoint Sav. Bank v Guiliano* (238 AD2d 472), this Court determined that the mortgage held by Greenpoint Savings Bank encumbered a one-half interest in the property which the defendant Virginia Guiliano acquired from Hilary House Properties. A final judgment does not bring up for review intermediate issues that have been previously reviewed and decided by this Court (*see,* CPLR 5501 [a] [1]). Mangano, P. J., Copertino, Thompson and McGinity, JJ., concur.